UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>ZELIK FRIDMAN,<br><br>  Defendant. | Civil Action No. 21-12090 (MAS) (DEA)<br><br>**ORDER** |

This matter comes before the Court on Plaintiff United States of America's (the "Government") motion for default judgment. (ECF No. 6.) Defendant Zelik Fridman ("Fridman") did not oppose. The Court has carefully considered the Government's submission and decides the matter without oral argument under Local Civil Rule 78.1.

For the reasons set forth in the accompanying Memorandum Opinion, and other good cause shown,

**IT IS** on this 16th day of May 2022, **ORDERED** that:

1. The Government's Motion for Default Judgment (ECF No. 9) is **GRANTED** with respect to liability and **DENIED** without prejudice with respect to damages.

2. The Government shall submit a supplemental declaration with the relevant information and records to determine damages by **June 3rd, 2022**.

/s/ Michael A. Shipp
MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE